

# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2017

No. 04-17-00261-CR

**IN RE** Abelardo G. **GONZALEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Irene Rios, Justice

On April 26, 2017, Relator filed a petition for writ of mandamus complaining the trial court had refused to rule on several motions. This court abated the mandamus to allow the newly appointed trial judge time to consider the motions in question. The trial judge filed a response addressing the various motions, including Relator's "Motion for Emergency Injunction/Restraining Order," which was filed with the trial court on March 7, 2017. Relator filed an identical motion for injunction with this court on June 22, 2017, which we denied on July 7, 2017. This court's order did not dispose of Relator's motion for injunction filed with the trial court. Therefore, that motion remains pending before the trial court.

Accordingly, we ABATE this proceeding for ten days from the date of this order to allow the appointed judge additional time to consider the Relator's motion for injunctive relief. Relator is ORDERED to file in this court either the appropriate motion to dismiss this original proceeding or an amended petition for writ of mandamus and appendix no later than fourteen days following the trial court's ruling on the motion.

It is so **ORDERED** on August 11, 2017.

**PER CURIAM**

ATTESTED TO: _____
Luz Estrada,
Chief                         Deputy                    Clerk

---

[1] This proceeding arises out of Cause No. 2008CRR-000657-D1, styled *State of Texas v. Abelardo Gonzalez*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Philip A. Kazen, Jr. presiding.